**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**v.**

**PHILLIP WILLIAMS; DEVIN JOHNSON; BACKWARD HAT CAPITAL FUND LP; BH CAPITAL FUND I LP; BH CAPITAL FUND III LP; BH CAPITAL FUND IV LP; BHC V LLC; BH CAPITAL FUND VI LP; BH CAPITAL FUND IX LP; BACKWARD HAT GROUP LLC; BH CAPITAL FUND X LP; BH CAPITAL FUND IX – 2 LP; and BACKWARD HAT CAPITAL MANAGEMENT LLC,**

**Defendants;**

**WILLIAM CODY HARVEY; KMAP INC.; ALLEN JOHNSON GROUP LLC; WILLIAM HARVEY GROUP, LLC,**

**Relief Defendants.**

**Civil Action No. 1:26-cv-02477-JPH-CSW**

**STATUS UPDATE**

Pursuant to the Court's Order Granting Temporary Restraining Order and Asset Freeze (ECF No. 14) ("TRO Order"), which requires Plaintiff Commodity Futures Trading Commission ("CFTC") to file a status update in this matter, the CFTC provides the following status update:

1. The TRO Order provides:

> 17. The CFTC **SHALL FILE** a status update addressing at least (1) service and discovery, (2) a proposed preliminary injunction briefing schedule, and (3) the need to set a request for preliminary injunction hearing **by 12:00 p.m. on November 23, 2026**.

> 18. The CFTC **SHALL PROMPTLY CONTACT** the chambers of the assigned Magistrate Judge to request a conference as soon as practicable to address any agreed extensions of the TRO, any discovery issues, whether this case should unsealed, and the potential for any other agreed relief.

2. Williams and Johnson have been charged criminally in connection with the fraud described in the CFTC's Complaint. *See* Sealed Complaint, *United States vs. Phillip Patrick Williams and Devin Allen Johnson* (S.D.N.Y. Nov. 17, 2026), *available at* https://www.justice.gov/usao-sdny/pr/two-individuals-charged-600-million-ponzi-scheme.

3. The CFTC has served the Complaint, relevant Summonses, TRO Order, Temporary Restraining Order and Asset Freeze ("TRO") (ECF No. 15), and Order Appointing Temporary Receiver (ECF No. 19) on Defendant Phillip Williams ("Williams") and the Defendant and Relief Defendant entities Williams controls and for whom Williams is the Registered Agent (collectively with Williams, the "Williams Defendants").[1]

4. Counsel for Relief Defendants William Cody Harvey and William Harvey Group LLC (together, the "Harvey Defendants") has communicated that the Harvey Defendants will waive service of process in the CFTC's litigation.

5. Based on discussions with relevant authorities, the CFTC understands that Defendant Devin Johnson ("Johnson") is currently incarcerated in Arizona in connection with the fraud described in the CFTC's Complaint and that the earliest Johnson may be released is Tuesday, November 24, 2026. The CFTC is attempting to serve Johnson and the Relief

---

[1] The entities are Defendants Backward Hat Capital Fund LP, BH Capital Fund I LP, BH Capital Fund III LP, BH Capital Fund IV LP, BHC V LLC, BH Capital Fund VI LP, BH Capital Fund IX LP, Backward Hat Group LLC, BH Capital Fund X LP, BH Capital Fund IX – 2 LP, and Backward Hat Capital Management LLC; and Relief Defendant KMAP Inc.

Defendant entity he controls, the Allen Johnson Group LLC (together with Johnson, the "Johnson Defendants").

6. The CFTC has initiated discussions with counsel for Williams and Harvey regarding potential consent to a 14-day extension of the TRO to afford the CFTC, the Williams Defendants, and the Harvey Defendants time to negotiate a consent preliminary injunction to propose to the Court in lieu of a contested preliminary injunction hearing.

7. The CFTC intends to initiate similar discussions with the Johnson Defendants as soon as communication with Johnson is possible, given his current incarceration.

8. The CFTC proposes that the Court allow the CFTC to provide an additional status update on Monday November 30, 2026, regarding service, a potential extension of the TRO, the prospects for a consent preliminary injunction for each group of Defendants, the potential need for a preliminary injunction briefing schedule, and the need for a preliminary injunction hearing.

9. The CFTC understands that the SEC is providing a similar status update and making a similar request in its related litigation, *SEC v. Backward Hat Capital Management LLC et al.*, No. 26-cv-02482-JPH-CSW.

Dated: November 23, 2026

Respectfully submitted,

**COMMODITY FUTURES TRADING COMMISSION**

*/s/ Anthony C. Biagioli*
Anthony C. Biagioli
MO Bar No. 72434
abiagioli@cftc.gov
Thomas L. Simek
NY Bar No. 4166161
tsimek@cftc.gov
2600 Grand Boulevard, Suite 210
Kansas City, MO 64108
(816) 960-7700 (telephone)
(816) 960-7750 (facsimile)